Eric I. Abraham
Christina Lynn Saveriano
HILL WALLACK, LLP
21 Roszel Road
Princeton, New Jersey 08543
(609) 734-6358

*Attorneys for Proposed Intervenors Sandoz Inc.,
Sandoz International GmbH, Sandoz GmbH*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNEX CORPORATION, AMGEN MANUFACTURING, LIMITED, and HOFFMANN-LA ROCHE INC., <br><br> Plaintiffs, <br> v. <br><br> SAMSUNG BIOEPIS CO., LTD., <br><br> Defendant. | Honorable Claire C. Cecchi, U.S.D.J. <br><br> Civil Action No.: 2: 19-cv-11755-CCC-MF <br><br> **ORDER GRANTING SANDOZ'S MOTION TO INTERVENE** |

**THIS MATTER,** being presented to the Court by Hill Wallack, LLP, attorneys for Proposed Intervenors Sandoz Inc., Sandoz International GmbH, and Sandoz GmbH (collectively, "Sandoz") by way of Sandoz's Motion to Intervene; and the Court having reviewed the papers submitted in support of, and in opposition to, said Motion; and for good cause shown,

**IT IS** on this _____ day of _____, 2019,

**ORDERED**, as follows:

1. Sandoz's Motion to Intervene is hereby granted.

2. Sandoz is hereby permitted to intervene in this action.

_____
Honorable Claire C. Cecchi, U.S.D.J.