# SAUL EWING
## ARNSTEIN
## & LEHR LLP

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

December 19, 2019

**VIA ECF**

The Honorable Mark Falk, U.S.M.J.
United States District Court
United States Post Office & Courthouse
1 Federal Square, Room 457
Newark, New Jersey 07101

> Re: *Immunex Corp., et al. v. Samsung Bioepis Co., Ltd.*
> Civil Action No. 19-11755 (CCC)(MF)

Dear Judge Falk:

This firm, together with Fish & Richardson P.C., represents Defendant Samsung Bioepis Co., Ltd. ("Bioepis") in the above-referenced matter. We write on behalf of Bioepis and Plaintiffs Immunex Corporation, Amgen Manufacturing Limited, and Hoffmann-La Roche, Inc.

Pursuant to the Scheduling Order (D.I. 101), the parties are to submit a proposed Discovery Confidentiality Order ("DCO") by today. The parties are conferring in good faith on the DCO and believe that additional time will increase the likelihood of reaching agreement without the need for court intervention. Accordingly, and in light of the intervening holidays, the parties respectfully request a three-week extension, until January 9, 2020, to submit a proposed DCO to the Court. This requested extension will not result in any other changes to the case schedule. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

William C. Baton
William C. Baton

cc:   All counsel (via e-mail)

SO ORDERED
*/s/ Mark Falk* 12/23/19
MARK FALK, U.S.M.J.