IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IMMUNEX CORPORATION; <br> AMGEN MANUFACTURING, LIMITED; <br> and HOFFMANN-LA ROCHE INC.; <br><br> Plaintiffs, <br> v. <br><br> SAMSUNG BIOEPIS CO., LTD; <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:19-cv-11755-CCC-MF <br><br><br> **CONSENT INJUNCTION** |

The Court hereby enters the following Order pursuant to Rule 65(d) of the Federal Rules of Civil Procedure:

1. Subject to the terms and conditions of the Stipulation submitted to the Court on December 23, 2019, D.I. 105 ("Stipulation"), Defendant Samsung Bioepis Co., Ltd. ("Bioepis"), and each of its affiliates, subsidiaries, successors, and partners, and all of its officers, agents, servants, employees, and attorneys, and all persons and entities acting on behalf or at the direction of, or in active concert or participation or privity with any of them, shall not make, use, import, offer to sell, or sell Bioepis's Etanercept Product or any other product containing the fusion protein known as etanercept in the United States, except as allowed by 35 U.S.C. § 271(e)(1).

2. Pursuant to the Stipulation, no bond shall be required.

3. The basis for this Order is the referenced Stipulation.

4. The Court hereby orders the referenced Stipulation to be sealed.

**SO ORDERED** this ___ day of _____, 2019.

                                                  **HON. CLAIRE C. CECCHI**
                                                  **United States District Judge**