

**One Riverfront Plaza**
1037 Raymond Blvd, Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

December 30, 2019

*VIA ELECTRONIC FILING*
Honorable Mark Falk, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      RE:    *Immunex Corporation, et al. v. Samsung Bioepis Co., Ltd.,*
               **Civil Action No. 19-11755 (CCC/MF)**

Dear Judge Falk:

      This firm, together with Sidley Austin LLP, represents Plaintiffs Immunex Corporation and Amgen Manufacturing, Limited (collectively, "Immunex"), in connection with the above-referenced matter. In accordance with Local Civil Rule 101.1(c)(5), Immunex respectfully requests that the Court grant the withdrawal of the *pro hac vice* admission on behalf of Immunex of David T. Pritikin of the law firm Sidley Austin LLP and remove him from electronic notifications in the above-referenced matter. Sadly, Mr. Pritikin is retiring. Immunex will continue to be represented by Walsh Pizzi O'Reilly Falanga LLP and Sidley Austin LLP and Liza M. Walsh is the lead attorney and has been duly and properly designated by the Court as an "attorney to be noticed" on behalf of Immunex for purposes of the Electronic Filing System.

      We thank the Court for its consideration of this matter. If this request is granted, Immunex respectfully requests that the Court "So Order" this letter below and forward the same to the Clerk for entry.

                             Respectfully submitted,

                             *s/ Liza M. Walsh*

                             Liza M. Walsh

cc:    All Counsel of Record (via ECF and email)

SO ORDERED this _____ day of _____, _____

_____
      Honorable Mark Falk, U.S.M.J.