

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

January 9, 2020

<u>*VIA ELECTRONIC FILING*</u>

Honorable Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. &
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      RE:      *Immunex Corporation, et al. v. Samsung Bioepis Co., Ltd.,*
                <u>*Civil Action No. 19-11755 (CCC/MF)*</u>

Dear Judge Cecchi:

      This firm, together with Sidley Austin LLP, represents Plaintiffs, Immunex Corporation and Amgen Manufacturing, Limited (collectively, "Immunex"), in connection with the above-referenced matter. With the consent of Plaintiff Hoffmann-La Roche Inc., we write jointly with Defendant Samsung Bioepis Co., Ltd. to request that this matter be administratively stayed consistent with the Confidential Stipulation filed with the Court on December 23, 2019 and entry of the Consent Injunction on January 9, 2020.

      A proposed form of order is attached for Your Honor's consideration.

      Should Your Honor have any questions or concerns we are happy to make ourselves available at Your Honor's convenience.

                            Respectfully submitted,

                            *s/Liza M. Walsh*

                            Liza M. Walsh

Enclosures
cc:     Honorable Mark Falk, U.S.C.M.J. (via ECF)
           All Counsel of Record (via ECF and email)