UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNEX CORPORATION; AMGEN MANUFACTURING, LIMITED; and HOFFMANN-LA ROCHE INC.;<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG BIOEPIS CO., LTD.,<br><br>Defendant. | Civil Action No. 19-11755 (CCC/MF)<br><br>**ORDER TO STAY**<br><br>*Electronically Filed* |

**THIS MATTER** having been opened to the Court by the joint application of Plaintiffs Immunex Corporation and Amgen Manufacturing, Limited, and Hoffmann-La Roche Inc., (collectively, "Plaintiffs") and Defendant Samsung Bioepis Co., Ltd. ("Defendant"), by and through their undersigned counsel, in connection with the parties' Joint Letter Request for a Stay (the "Stay Request"), the parties' Confidential Stipulation, and the entry of the Consent Injunction; and the Court having considered the Parties' Stay Request; and for good cause having been shown, the Court:

**HEREBY ORDERS** on this the 13th day of January 2020, that this matter is administratively stayed; and it is

**FURTHER ORDERED** that the administrative stay remain in place consistent with paragraph 2 of the Confidential Stipulation previously entered by the Court as D.E. 110 (the "Confidential Stipulation"), except that the following shall not be subject to the stay: (1) discovery as set out in Paragraph 6 of the Confidential Stipulation; (2) preliminary injunction proceedings,

including discovery and discovery disputes related thereto; and (3) amendment(s) to the First Amended Complaint.

                                                                                   **HONORABLE CLAIRE C. CECCHI**
                                                                                    **UNITED STATES DISTRICT JUDGE**