# SAUL EWING
# ARNSTEIN
# & LEHR LLP

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

March 10, 2020

**VIA E-MAIL**

The Honorable Mark Falk, U.S.M.J.
United States District Court
United States Post Office & Courthouse
1 Federal Square, Room 457
Newark, New Jersey 07101

      Re: *Immunex Corp., et al. v. Samsung Bioepis Co., Ltd.*
           Civil Action No. 19-11755 (CCC)(MF)

Dear Judge Falk:

    This firm, together with Fish & Richardson P.C., represents Defendant Samsung Bioepis Co., Ltd. ("Bioepis") in the above-referenced matter. We write on behalf of all parties regarding the in-person status conference currently scheduled for March 19, 2020 (D.I. 101).

    Pursuant to Judge Cecchi's January 13, 2020 Order (D.I. 116), this case has been administratively stayed, and the status quo has been maintained since the entry of that Order and the related Stipulation (D.I. 110) and Consent Injunction (D.I. 113). The parties therefore believe that the March 19 status conference is not necessary and should be adjourned. If this meets with the Court's approval, we respectfully request that Your Honor cancel this status conference.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*
William C. Baton

cc: All counsel (via e-mail)

SO ORDERED
*/s/ Mark Falk*  3/11/20
MARK FALK, U.S.M.J.

One Riverfront Plaza, Suite 1520 • Newark, NJ 07102-5426 • Phone: (973) 286-6700 • Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP